United States District Court
Southern District of Texas
**ENTERED**
April 06, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| KELVIN BROWN, | § | |
|     *Petitioner*, | § | |
| | § | |
| *versus* | § | CIVIL ACTION 4:18-CV-00246 |
| | § | |
| HOUSTON POLICE DEPARTMENT, | § | |
|     *Respondent*. | § | |

## Order of Adoption

On March 8, 2018, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 7) to which the petitioner objected (Dkt. 8). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is dismissed with prejudice. The court will issue a separate final judgment.

Signed _04.04_, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge